Nos. 923 and 924. GERLING *v.* DANKERS, EXECUTOR, ET AL. June 1, 1931. Petition for writs of certiorari to the Supreme Court of Nebraska denied. *Messrs. Willis E. Reed* and *Frank E. Edgerton* for petitioner. *Mr. Ora S.*

*Spillman* for respondents.